EDA

FILED
MARCH 6, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1364

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN, et. al., v. TILE CONCEPTS, INC. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE DENLOW**

| NAME (Type or print) |
|---|
| FRANK A. MARCO |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Frank A. Marco |
| FIRM |
| GREGORIO & ASSOCIATES |
| STREET ADDRESS |
| 2 N. LASALLE ST., SUITE 1650 |
| CITY/STATE/ZIP |
| CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06205057 | (312) 263-2343 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐