UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Chicago Tile Institute Welfare Plan, et al.
　　　　　　　　　　　　　　　　　Plaintiff,

v.	Case No.: 1:08−cv−01364
　　Honorable Samuel Der−Yeghiayan

Tile Concepts, Inc.
　　　　　　　　　　　　　　　　　Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

　　　　MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: Counsel for Plaintiffs advised this Court's Courtroom Deputy that the parties have reached a settlement in principle. Status hearing reset to 04/29/08 at 9:00 a.m. Status hearing set for 04/10/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.