**08 C 1364**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE DENLOW

# SUMMONS IN A CIVIL CASE

CHICAGO TILE INSTITUTE WELFARE PLAN, et. al.

Docket Number: _____

Assigned Judge: _____

v.

Designated
Magistrate Judge: _____

TILE CONCEPTS, INC.

TO: (Name and address of defendant)

Tile Concepts, Inc.
Mr. Joseph Bittner, President
15005 S. Laramie Ave.
Oak Forest, IL 60452

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Frank A. Marco
Gregorio & Associates
2 North LaSalle Street, Suite 1650
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_Esperanza Arnold_ (signature)
(By) DEPUTY CLERK

Date

March 7, 2008
Date

| | | |
|---|---|---|
| ClientCaseID: FRANK MARCO<br>Law Firm ID: GREGORIO | <br>*179553A* | CaseReturnDate: 4/10/08<br>Affidavit of Special Process Sever |

## UNITED STATES DISTRICT COURT

Case Number **08C1364**

I, ANNA CANOLE

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **TILE CONCEPTS, INC.**
PERSON SERVED **JOSEPH BITTNER, PRESIDENT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **3/16/08**

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

| Sex | MALE | Race | WHITE | Age | 40S |
|---|---|---|---|---|---|
| Height | 6'4" | Build | AVERAGE | Hair | SALT & PEPPER |

LOCATION OF SERVICE **15005 S LARAMIE AVE OAK FOREST, IL, 60452**

Date Of Service  3/16/08       Time of Service  8:52 AM

ANNA CANOLE       3/17/2008
**Special Process Sever**
P.E.R.C.#129-203615

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.