IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN, and CHICAGO TILE INSTITUTE PENSION PLAN | ) ) ) ) | |
| Plaintiffs, | ) ) | 08 C 1364 |
| v. | ) ) | Judge Der-Yeghiayan |
| TILE CONCEPTS, INC. | ) ) | |
| Defendant. | ) | |

### *Affidavit of Bob Felde*

Now comes BOB FELDE who after being duly sworn upon oath states as follows:

1. I am the Director of Benefits for the Chicago Tile Institute Welfare and Pension Plans and in such capacity, I am authorized to make this Affidavit on behalf of the plaintiffs.

2. The Defendant failed to submit contributions pursuant to the 160 hour rule, for the months of October 2007 through February 2008 resulting in shortages of $5,683.20

3. Because of its failure to pay contributions due in a timely manner, the Defendant owes interest which continues to accrue and liquidated damages assessed at 10% for all funds, except the annuity fund which are assessed at 20%.

4. The interest calculation was based on the ERISA section awarding such interest 29 U.S.C.§ 1132(g)(2) and because the relevant Trust Agreements do not specify the rate of interest, the calculations were done pursuant to Section 6621 of the Internal Revenue Code.

5. As of April 22, 2008, Defendant owes $213.84 in interest and $142.00 in liquidated damages.

**Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to matters the undersigned certifies as aforesaid that he verily believes the same to be true.**

By: s/ Bob Felde
BOB FELDE