Order Form (01/2005)

MHN

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1364 | **DATE** | 4/29/2008 |
| **CASE TITLE** | Chicago Tile Institute Welfare Plan, et al. vs. Tile Concepts, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiffs' motion for default judgment [10] is granted. Default judgment is hereby entered in favor of the Plaintiffs Chicago Tile Institute Welfare Plan and Chicago Tile Institute Pension Plan and against Defendant Tile Concepts, Inc. in the amount of $7,644.04. All pending dates and motions are hereby stricken as moot. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|