HHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN, and CHICAGO TILE INSTITUTE PENSION PLAN | ) ) ) ) | |
| Plaintiffs, | ) ) | 08 C 1364 |
| v. | ) ) | Judge Der-Yeghiayan |
| TILE CONCEPTS, INC. | ) ) ) | |
| Defendant. | ) | |

### *Judgment Order*

WHEREAS, the Plaintiffs filed their complaint on and the Defendant was personally served with copies of Complaint and Summons; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a Default Judgment is hereby entered against the Defendant in accordance with the prayer of the Complaint; and

IT IS HEREBY ORDERD, ADJUDGED AND DECREED the Judgment is entered on behalf of the Plaintiffs and against the Defendant, TILE CONCEPTS, INC. in the sum of $7,644.04 representing the following amounts:

| | |
|---|---|
| 160 Hour Rule Shortages | $5,683.20 |
| Attorney Fees and Costs | $1,605.00 |
| Interest | $213.84 |
| Liquidated Damages | $142.00 |

**Grand Total**..................................................................$7,644.04

ENTERED:

_____
HON. SAMUEL DER-YEGHIAYAN

DATE: 4/29/2008

Gregorio & Associates
2 North LaSalle, Suite 1650
Chicago, IL 60602
312/263-2343