AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Chgo Tile Institute WelPl, et al.          **JUDGMENT IN A CIVIL CASE**

v.                                          Case Number: 08 C 1364

Tile Concepts, Inc

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs' motion for default judgment [10] is granted. Default judgment is hereby entered in favor of the Plaintiffs Chicago Tile Institute Welfare Plan and Chicago Tile Institute Pension Plan and against Defendant Tile Concepts, Inc. in the amount of $7,644.04.

Michael W. Dobbins, Clerk of Court

Date: 4/29/2008                             _Michael Wing_____
                                            /s/ Michael A. Wing, Deputy Clerk