## United States District Court for the Northern District of Illinois

Case Number: 08CV1364          Assigned/Issued By: DAJ

Judge Name: DER-YEGHIAYAN      Designated Magistrate Judge:

---

### FEE INFORMATION

**Amount Due:**  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____

☑ Citation to Discover Assets              (Victim, Against and $ Amount)

☐ Writ _____
      (Type of Writ)

2  Original and  2  copies on  05/22/08  as to  AMALGAMATED BANK,
                              (Date)
IN BANK.

C:\wpwin80\docket\feeinfo.frm    03/14/05