IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN and CHICAGO TILE INSTITUTE PENSION PLAN, | ) ) ) ) | |
| Plaintiffs, | ) ) | 08 C 1364 |
| v. | ) ) | Judge Der-Yeghiayan |
| TILE CONCEPTS, INC. | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   Mr. Joseph Bittner     Mr. James T. Ashack
Tile Concepts, Inc.     Ashack & Duadish
15005 Laramie Ave.     Counsel for INBANK
Oak Forest, IL 60452     P.O. Box 526
     Oak Forest, IL 60452

     PLEASE TAKE NOTICE that on Tuesday June 3, 2008, I shall appear before the Honorable Judge Der-Yeghiayan at approximately **9:00am in Courtroom 1903,** at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present my Motion for Turnover of Funds.


     s/ Michael J. McGuire
     By: Michael J. McGuire


Michael J. McGuire
ARDC #: 6290180
Gregorio & Associates
Two North LaSalle Street, Suite 1650
Chicago, Illinois 60602
(312) 263-2343

STATE OF ILLINOIS)
                         ) SS
COUNTY OF COOK )

   Jean Culich, being first duly sworn on oath, deposes and says that she served the above and foregoing Motion Turnover of Funds by depositing in the U.S. mail at Two North LaSalle Street, Suite 1650, Chicago, IL, a true and correct copy thereof in a sealed envelope first class postage prepaid addressed to the person to whom said Notice is directed on the 29th day of May  2008.

| | |
|---|---|
| Mr. Joseph Bittner | Mr. James T. Ashack |
| Tile Concepts, Inc. | Ashack & Duadish |
| 15005 Laramie Ave. | P.O. Box 526 |
| Oak Forest, IL 60452 | Oak Forest, IL 60452 |

**Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the Statements set forth in this instrument are true and correct, except as to Matters therein stated to be on information and belief and as to matters the Undersigned certifies as aforesaid that he verily believes the same to be true.**

                                                 By: s/ Jean Culich

Michael J. McGuire
ARDC #: 6290180
Gregorio & Associates
Two North LaSalle Street, Suite 1650
Chicago, Illinois 60602
(312) 263-2343