IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN and CHICAGO TILE INSTITUTE PENSION PLAN, | ) ) ) ) | |
| Plaintiffs, | ) ) | 08 C 1364 |
| v. | ) ) | Judge Der-Yeghiayan |
| TILE CONCEPTS, INC. | ) ) ) | |
| Defendant. | ) | |

### *Turnover Order*

This cause coming to be heard on the Motion of the Chicago Tile Institute Welfare Plan, and the Chicago Tile Institute Pension Plan, for a turnover order against INBANK due notice having been given and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. INBANK is ordered to pay $7,000.00 to the Plaintiffs from amounts they owe TILE CONCEPTS, INC.

2. The citation previously served on INBANK shall thereafter be discharged.


ENTERED:

_____
**HON. SAMUEL DER-YEGHIAYAN**

DATE:

_____

Gregorio & Associates
Two North LaSalle, Suite 1650
Chicago, IL 60602
312/263-2343